5-20-15

6 2 8

Coates Properties, Inc.                        $ 1700.00
— Seventeen Hundred Dollars & NO/100 —

Pd
5-20-15

Clean up
4100 Knox St

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. | | |
|---|---|---|---|---|---|
| B. Sage | | Repair/maintnce | | | |
| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | | UNIT | AMOUNT |
| | | Property Vandalized Need major clean And Board up On House & Garage | | | |
| | | Labor - 200.00 | | | |
| | | Pd CK# 9626 5-14-15 | | | |
| | | Bid to clean and Do proper Board-up 1700.00 | | | |