

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed December 27, 2018**

*Mark X. Mullin*
_____
**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | § | |
|---|---|---|
| IN RE: | § | Case Number: 15-43524-MXM |
| | § | |
| LINDA ISH | § | Chapter 13 |
| Debtor | § | |
| | § | JUDGE MARK X MULLIN |

### ORDER DISMISSING CASE WITHOUT PREJUDICE
### (MTD-$-Delinquent)

On the Trustee's Motion to Dismiss Chapter 13 proceeding, it appears to the court that due notice has been given to Debtor and Debtor's counsel, if any, and that no objection has been made to the relief requested, or if made, same should be overruled. It further appearing that dismissal of this case is in the best interest of the creditors of the estate:

**IT IS, THEREFORE, ORDERED,** that the above proceeding be, and hereby is in all things **DISMISSED** without prejudice;

**IT IS FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by 11 U.S.C. 1326 (a) (2), and file the Trustee's Final Report; and

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # End of Order # # #

ALICE BOWER
6421 CAMP BOWIE BLVD STE 300
FORT WORTH, TX  76116